IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL PITTMAN** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA GENERAL ASSEMBLY, et al.**: | NO. 14-7022 |

FILED
DEC 22 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

AND NOW, this 22nd day of December 2014, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED;

2. Plaintiff, Gabriel Pittman, #DT-1470, shall pay the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on plaintiff's financial statement, an initial partial filing fee of $48.30 is assessed. The Superintendent or other appropriate official at SCI Dallas or at any other correctional facility at which plaintiff may be confined, is directed to deduct $48.30 from plaintiff's prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 14-7022. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at SCI Dallas or at any prison at which plaintiff may be confined, shall deduct from plaintiff's account, each time that plaintiff's prisoner account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above

to be credited to Civil Action No. 14-7022;

3. This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(b)(i);

4. The Clerk of Court is directed to send a copy of this Order to the Superintendent of SCI Dallas; and

5. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*Joel Slomsky*
JOEL H. SLOMSKY, J.